UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Lisa Whiting-Thompson, as Parent
and Next Friend of Travis Whiting,
and Lisa Whiting-Thompson, Individually</u>

  v.          Civil No. 06-cv-86-JD

<u>Robert V. Dallas, M.D., Paul Rummo, D.O.,
and Littleton Orthopaedics, P.C.</u>

<u>PROCEDURAL ORDER</u>

  The court has reviewed the petition for approval of settlement on behalf of a minor and the motion requesting approval of attorney's fees in this matter.

  Plaintiff's counsel has provided some of the information required by New Hampshire Superior Court, Rule 111, Section E(2) but not all of the information. Therefore, counsel shall comply completely with that Section.

  Counsel for the plaintiff shall also submit a proposed order for approval of the settlement in this case.

  SO ORDERED.

                Joseph A. DiClerico, Jr.
                United States District Judge

Date:  August 9, 2007

cc: Peter J. Duffy, Esquire
   Steven E. Hengen, Esquire
   Patrick T. Jones, Esquire
   Michael A. Pignatelli, Esquire